*E-filed on* 8/8/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND CHARLES PERSIK,<br><br>          Plaintiff,<br><br>     v.<br><br>TUCCI LEARNING SOLUTIONS, INC., and HEA-JUNG ATKINS,<br><br>          Defendants. | No. C-06-07431 RMW<br><br>JUDGMENT |

   On  8/7/07 , the court dismissed all of plaintiff Raymond Charles Persik's claims against defendants Tucci Learning Solutions and Hea-Jung Atkins with prejudice.

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

DATED:  8/7/07

*[signature: Ronald M. Whyte]*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-06-07431 RMW
MAG

**United States District Court**
**For the Northern District of California**

1 | **A copy of this order was mailed on** _____8/8/07_____ **to:**

2 | **Counsel for Plaintiffs:**

3 | Raymond Charles Persik
P.O. Box 3553
4 | Santa Clara, CA 95055
*PRO SE*

6 | **Counsel for Defendants:**

7 | Lisa M. Pooley
Hanson Bridgett Marcus Vlahos & Rudy LLP
8 | 425 Market Street, 26th Floor
San Francisco, CA 94105

10 | James G. Allison
Equal Employment Opportunity Commission
1801 L Street, N.W.
11 | Washington, DC 20507

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**Dated:** ____8/8/07_____                    _____/s/ MAG_____
                                                **Chambers of Judge Whyte**

JUDGMENT—No. C-06-07431 RMW
MAG                                            2